**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellant.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

## ORDER

PER CURIAM.

It is hereby ordered that the Order of the Commonwealth Court granting mandamus relief is affirmed.

**KINSLEY CONSTRUCTION, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED**.